# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RODRIGUEZ,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>EDWARD S. ALAMEIDA,<br><br>　　　　　　　Respondent. | CV F 03 5056 REC WMW HC<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME<br><br>[Doc. 35] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2006, Petitioner filed an application for an extension of time to file his objections to the court's findings and recommendations entered January 12, 2006. Good cause appearing, Petitioner is HEREBY GRANTED thirty (30) days from the date of service of this order within which to file his objections.

IT IS SO ORDERED.

**Dated:　February 15, 2006**　　　　　　　**/s/  William M. Wunderlich**
bl0dc4　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1