UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RODRIGUEZ,      )<br>                                                            )<br>          Petitioner,                         )<br>                                                            )<br>     v.                                               )<br>                                                            )<br>EDWARD S. ALAMEIDA, JR.,        )<br>                                                            )<br>          Respondent.                       )<br>_____) | 1:03-CV-5056 REC WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>TO FILE APPEAL<br>(DOCUMENT #40, 41) |

       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On March 23, 2006, petitioner's petition for a writ of habeas corpus was denied and judgment was entered.  On April 10, 2006, petitioner filed a motion to extend time to file an appeal.  On May 3, 2006, petitioner submitted a second request for extension of time.

       A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered.  See FRAP 4(a)(1)(A).  However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A).  Petitioner filed his first motion to extend time on April 10, 2006, which was less than 30 days after the expiration time for

filing his appeal. In his motion to extend time, petitioner shows good cause for the extension, citing prison lock-downs and limited access to the law library over which he has no control.

Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of service of this order in which to file his notice of appeal.

IT IS SO ORDERED.

**Dated:  May 4, 2006**              ____/s/ Robert E. Coyle____
668554                                UNITED STATES DISTRICT JUDGE