IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JAMES RODRIGUEZ,<br><br>          Petitioner,<br><br>     vs.<br><br>EDWARD S. ALAMEIDA,<br><br>          Respondent. | No. CV-F-03-5056 REC/WMW HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY<br>AND DENYING PETITIONER'S<br>MOTION TO PROCEED IN FORMA<br>PAUPERIS (Docs. 43 & 44) |

The court declines to issue a certificate of appealability, the concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

Because no certificate of appealability will be issued, the court also denies petitioner's motion to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated: June 8, 2006**                    **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE